■ HAMILTON EQUITY GROUP, LLC, as Assignee of HSBC Bank USA, National Association, Respondent, v BRIAN KUMAHOR, Individually and Doing Business as BKUMAHOR CONSULT-

ING, Appellant, et al., Defendants. [995 NYS2d 521]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered April 26, 2013. The order, inter alia, granted the motion of plaintiff for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Centra, J.P., Fahey, Whalen and DeJoseph, JJ.